**TO: DOCKET CLERK**      **21-0018**

**SECT. S MAG. 5**

__ *MAGISTRATE CASE NUMBER*

**OR**

**X** *NO MAGISTRATE PAPERS WERE FOUND*

*for*

**NAME:** *JOHNNY C. GUILLORY, SR.*

*Initials:* **CMS**

If you receive this note without any initials,

please return the entire packet to criminal desk.

Thank you